IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cofield, Jacqueline

Printed: 01/22/09

Case Number: 08 B 11858
Judge: Goldgar, A. Benjamin
Filed: 5/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 9, 2008
Confirmed: July 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,735.00 |  |
| Secured: |  | 285.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,337.23 |
| Trustee Fee: |  | 112.77 |
| Other Funds: |  | 0.00 |
| Totals: | 1,735.00 | 1,735.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,337.23 |
| 2. | Tidewater Credit Services | Secured | 1,573.70 | 60.00 |
| 3. | HSBC Auto Finance | Secured | 27,888.84 | 225.00 |
| 4. | Internal Revenue Service | Priority | 12,533.66 | 0.00 |
| 5. | HSBC Auto Finance | Unsecured | 153.26 | 0.00 |
| 6. | ER Solutions | Unsecured | 97.09 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 103.64 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 142.74 | 0.00 |
| 9. | GE Money Bank | Unsecured | 132.40 | 0.00 |
| 10. | Merrick Bank | Unsecured | 109.21 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 57.31 | 0.00 |
| 12. | United Financial Services | Unsecured | 40.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 68.36 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 58.44 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 68.17 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 88.37 | 0.00 |
| 17. | Surety Finance | Unsecured |  | No Claim Filed |
| 18. | Illinois Tollway | Unsecured |  | No Claim Filed |
|  |  |  | $ 46,579.19 | $ 1,622.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 112.77 |
|  | $ 112.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Cofield, Jacqueline

Printed: 01/22/09

Case Number:  08 B 11858
Judge:  Goldgar, A. Benjamin
Filed:  5/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

